

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-16-00063-CV

**TEAL TRADING AND DEVELOPMENT, LTD**.,
Appellant

v.

**CHAMPEE SPRINGS RANCHES PROPERTY OWNERS ASSOC**.,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 06-500A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

     The clerk's record in this appeal was originally due on April 11, 2016. Two previous extensions of time to file the clerk's record were granted. The district clerk has now filed a third notification of late record requesting an additional forty-two days to file the clerk's record. Texas Rule of Appellate Procedure 35.3(c) provides that each extension for filing the record may not exceed thirty days in an ordinary appeal. TEX. R. APP. P. 35.3(c). Therefore, we GRANT IN PART the district clerk's request for a third extension and ORDER the clerk to file the clerk's record on or before **Monday, July 11, 2016**. **No further extensions will be granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court